Case: 3:22-cv-50113 Document #: 1 Filed: 04/14/22 Page 1 of 8 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Curtis Lamond Oats Sr.**

Plaintiff(s),

vs.

**Mchenry County Animal Control and it Officers and aministration**

Defendant(s).

Case No. 22-50113

RECEIVED

APR 14 2022

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiffs full name is Curtis Lamond Oats Sr.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, Animal Control **Officer Janelle Carlson and the administration of the Mchenry county Department of health/ Animal control Division**, Is

    X an officer or official employed by Mchenry County Department of Health- animal control_____.,
                         (department or agency of government)

_____
_____or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is Mchenry County Department of health- Animal Control _. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about  August 18, 2021     12:30  _____ ☐ a.m. X p.m.
          (month, day, year)
plaintiff was present in the municipality (or unincorporated area) of **Wonder lake Illinois**

    County of  Mchenry Illinois

State of Illinois, at **4816 East Lake shore Drive Wonder lake Illinois**————————————————,
                    (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☐    arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime.
    x    searched plaintiff or his property without a warrant and without reasonable cause.
    ☐    used excessive force upon plaintiff.
    X    failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants.
    ☐    failed to provide plaintiff with needed medical care.
    X    conspired together to violate one or more of plaintiff's civil rights.
    X    Other:  Enter the Plaintiff Mailbox to obtain legal information to falsify official

county documents to make a case against the plaintiff, Harass and in malicious pursuit of

prosecution to suppress the Plaintiff First Amendment of the bill of right, Freedom of speech The Fourth Amendment Unreasonable Search and Seizure, Amendment XIV the plaintiff rights and Privileges and Immunities of citizenship, Due Process, and equal Protection

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: *(Leave blank if no custom or policy is alleged):* <u>*Aritcle VI of Mchenry Il. Ordinances and Laws*</u>

***The owner of a dog which has been declared a " vicious dog" by the court shall pay a vicious dog statue fee to the Department as indicated in the public health fee ordinance within sixty days,*** Public Nuisance Animal Any animal that unreasonably annoys humans, endangers persons or other animals, or interferes with the rights of citizens, including: • Repeatedly running at large • Dog or cat in a park or recreational area without a leash or similar restraint • Animal that soils, damages or defecates on other's property without proper clean up by the pet owner • **Animal making disturbing noises including continual howling or barking causing a disturbance or discomfort to neighbors** • Animal that causes unsanitary conditions or offensive odors in the area where the animal is kept • Any animal, whether or not on the owner's property, that without provocation molests, attacks, or otherwise interferes with the freedom of movement of persons in a public right of way

8. Plaintiff was charged with one or more crimes, specifically:

    notice of ordinance violation animal not currently registered in Mchenry county tic 13800, and tickets 13799 animal not currently immunized

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

    X    are still pending.

    ☐    were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐    Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows

    X Other:    The case is still pending 04/21/2022 their complaint alleges from 12/04/21 when originally started on 08/21 and was handle by a male agent of this office not the female officer name

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: *(Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.)*

On or about this day in 08-18-21 a male Agent of the Mchenry county Department Animal Control Division arrived at 4816 East Lakeshore Wonderlake Il. 60097 Following a noise/nuisance compliant from a neighbor involving a dog barking When said agent show he found no dog on property or barking until said agent Proceeded to knock on plaintiff door in which the dog in question began to bark When plaintiff open the door the animal rush outside pass the agent where the Plaintiff (Mr. Oats) had to retrieve the animal before continuing conversation With the agent informing the agent that the dog did not live there he (The Plaintiff) Was letting the dog Visit and was dog sitting for a relative when ask any other Questions about the animal or to sign papers Mr. Oats (The Plaintiff) refused And close the door on the agent thereby going into his home longer responding to Agent knocks the agent then proceeded to enter his vehicle where he filled out

A complaint and ticket then proceeded to go into Mr. Oats mailbox and retrieve a piece of mail with a former resident on it and put that person name on the complaint as well as a false phone number, upon receiving this off the door of the Plaintiff dwelling that was place there by agent Mr. Oats (The Plaintiff) went to the office list to make a formal complaint to animal control about what the agent had done and was greeted by Official Agent in the office with you cannot film in here only because she saw the camera negate the facts whether it was or was not recording the Illinois Supreme Court rule that it was in fact legal for The Plaintiff to do so if he would have chosen to do so public servant in the line of the duties and in tell Mr. Oats he could not film strip him of first amendment right of freedom of speech and when The plaintiff told the supervisor at the Animal Control office of the conduct and the Illegal procedure the it's agent had committed in turn refused Mr. Oats the Proper Dignity of investigating his claims as well as sending threating Letters, not limiting to Court Proceeding as well as intimidating phone calls from Block numbers to obtain infomation

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

loss of wages from work, increase of mental health paranoia which lead to an increase of mental health med, a increase of P.T.S.D. the Violation of Mr. Oats rights,

The Violation of Mr. Oats federal Right in being secure in his paper, property Etc.

And fear of retaliation from the acting agency as well as any Office connected with policing power affiliated with but not Limited to the Mchenry County Animal Control

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. **X** *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiffs signature: _____

Plaintiffs name *(print clearly or type)*: _____

Plaintiffs mailing address: _____

City _____ State _____ ZIP _____

Plaintiffs telephone number: ( ) _____

Plaintiffs email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district. ☐ Yes **X** No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

# McHENRY COUNTY DEPARTMENT OF HEALTH – ANIMAL CONTROL

100 N. VIRGINIA STREET
CRYSTAL LAKE, ILLINOIS 60014
TELEPHONE 815-459-6222
FAX 815-334-4682

Activity number **A21-046481**        Date **8-18-21**

- [x] **Written Warning of Ordinance Violation** — Observed by Animal Control
- [ ] **Notice of Public Complaint** — Observed by the public

Owner's name: **Monica Cosby**        Phone: **7738368773**
Address: **4816 E Lake Shore Dr**   Town: **Wonder Lake**   Zip code: **60097**

**Animal 1.** Name: **JD**         Tag number: _____
Breed: **Pomeranian**   Age: **8y**   Sex: ___   Color: **Tan**

**Animal 2.** Name: _____         Tag number: _____
Breed: _____   Age: ___   Sex: ___   Color: _____

**Animal 3.** Name: _____         Tag number: _____
Breed: _____   Age: ___   Sex: ___   Color: _____

On _____ the following alleged violation(s) of Public Health Ordinance for McHenry County Illinois, Animal Control was reported or observed:

- [ ] Creating a Public Nuisance by allowing dog(s) to bark, howl or whine (Section 8.04.870(K) Public Nuisance-Barking Dogs)
- [ ] Permitting an animal to run at large (Section 8.04.870(A) Public Nuisance-Running At Large)
- [ ] Permitting an animal to be on public property such as school grounds, park, swimming pool or public beach (Section 8.04.870(F) Public Nuisance-Animals on Public Property)
- [ ] Accumulation of feces/removal of feces (Sections 8.04.870(I&J) Public Nuisance-Accumulation of Feces and Removal of Feces)
- [ ] Failure to adequately confine a female in heat (Section 8.04.870(G) Public Nuisance-Female Animals in Heat)
- [ ] Section 8.04.920 Cruelty to Animals, Failure to provide animal with:
  ___ Sufficient Food (Owner's Duties {B})        ___ Veterinary Care (Owner's Duties {B})
  ___ Sufficient Water (Owner's Duties {B})       ___ Humane Care & Treatment (Owner's Duties {B})
  ___ Adequate Shelter (Owner's Duties {B})
- [x] Failure to provide animal with:
  **x** Rabies Vaccination (8.04.890(A) Vaccination Requirements)   **x** Rabies Registration Tag (8.04.840(A) County Dog or Cat Reg)

Other: **Please send proof of vaccination and registration to our office**

If your animal is currently vaccinated by a licensed veterinarian and registered with McHenry County, please provide your animal's official rabies certificate as well as the activity number at the top of this form to our office by **9-20-21**.

If you do not have a current rabies vaccination or registration with McHenry County for your animal(s) 4 months and older, you must meet this requirement and provide the vaccination certificate, registration information and the activity number at the top of this form to our office by **9-20-21**.

Your cooperation is appreciated and will preclude any further action by the Animal Control Officer. Failure to comply will result in further action taken by McHenry County Animal Control

ANIMAL CONTROL OFFICER _____        DATE **8-18-21**

Schmidt Printing