UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY 17 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Curtis Lamond Oats Sr.** )
_____ )
_____ )
**Plaintiff(s),** )
)
vs. )   Case No. 3:22-cv-50113
Mchenry County Animal )
Control It's Officers and )
Administration )
_____ )
)
)
)
)
Defendant(s).

COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiffs civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiffs full name is  Curtis Lamond Oats Sr.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __Animal control Officer Janelle Carlson badge number 122__, Is
(name, badge number if known)

X an officer or official employed by __The Mchenry Animal Control Administration__
(department or agency of government)

---------------------------------------------------------------------------------or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __Mchenry Animal Control__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about August __18, 2021__  __12:30__  ☐ a.m. X p.m.
(month, day, year)

Plaintiff was present in the municipality (or unincorporated area) of __Wonder lake Illinois__, in the County of __Mchenry__

State of Illinois, at __4816 East Lakeshore Drive Wonder lake Illinois__
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies):*

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

x searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

x failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☐ failed to provide plaintiff with needed medical care;

x conspired together to violate one or more of plaintiff's civil rights;

x Other:
The defendant did knowingly and willfully obstructs or retards the passage of the mail in the form of Plaintiff not receiving mail to decide if it was to be dispose as garbage and the postal box is on plaintiff property and not on curbside it was close and unless the door of postal box was open to allow agent to see name he did in fact break the law of illegal search and or seizure of plaintiff property as well as defamation of plaintiff character in retrospect of using said information gain from illegal technique to Identify a male occupant of the household but in turn Identify him as female with false information (phone number) specifically the defendant and it's agents Falsified official document in order to harass and or pursue in a malicious manner to suppress or denied the plaintiff First Amendment of the Bill of right Freedom of Speech, The Fourth Amendment Unreasonable Search and Seizure the honorable Justice Iain D Johnston claims that like in the case of CALIFORNIA v. GREENWOOD(1988) that anything left at curbside is consider unwanted and accessible to any law enforcement entity but unlike California vs green he access and discarded his mail/trash but unlike California vs Green the plaintiff did not excess to said mail before agent tamper with mailbox and mail the is federally protected

unless a warrant has been issued by a Judge in commission to obtain evidence on the person in question.

No. 86-684

2

Which constitute the aspect of whether the agent had a warrant, as to the Plaintiff question of the XIV Amendment of right and privileges and Immunities of citizenship, due process, and equal protection
The Defendant tried to enact a law that may have been put in place 14 prior to August 18 2021 by defendant own admission Article VI of the Mchenry IL. Ordinances and Law not allowed the 30 day period for Plaintiff to act or dispute thereby violating the plaintiff XIV amendment of due process, equal protection, right and privileges under the law.

---

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: *(Leave blank if no custom or policy is alleged)*: Article VI of the Mchenry Ordinance and Laws

   **The owner of a dog which has been declared a "vicious dog" by the courts shall pay a vicous dog statue fee to the department as indicated in the public health fee ordinance within sixty days, Any animal the unreasonably annoys humans, or endanger person or other animal, repeatedly running around without a leash or restraint, Animals making loud noise ( Barking or Howling) causing disturbance or discomfort**

8. Plaintiff was charged with one or more crimes, specifically:

   Notice of ordinance violation animal not currently registered in Mchenry Il county ticket numbers 13800 and 13799 animal not currently immunized.

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

   X   are still pending.

   ☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐   Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   ---

   X Other:  The animal is registered to plaintiff relative and comes to visit and the animal is registered to the city of Chicago to Christina Randall the plaintiff relative and Mchenry county Animal control was informed of this at time of initial contact with agent on plaintiff property and also in Animal control office at which time the plaintiff was informed they could not record in a public space.

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: *(Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.)*

**On or about this date in 08-18-21 a male agent of the Mchenry county Department of Animal control Division arrived at 4816 East lake shored drive Wonder lake IL. 60097 following a noise/nuisance compliant from a neighbor involving a dog barking, when said agent showed he found no dog or heard sound of barking from premises until said officer knock on the door in which at that time the animal did what it was meant to do bark at intruders, when the plaintiff open the door to see who was at the door the animal ( Pomeranian ) rush pass said officer where the Plaintiff (Mr. Oats) had to retrieve the animal before continuing to conversation with said officer the plaintiff at this time informed agent he (Mr. Oats) plaintiff was in fact was dog sitting for a relative and that the animal was not living in Mchenry County, When ask to sign paper or answer anymore question the Plaintiff refuse and close the door no longer responding to agent knocks The plaintiff once the agent stop knock watch out the window as the agent proceed to Mr. Oats postal box (*Open the door of Mailbox*) which meant he could not see inside in order to obtain information nor had the plaintiff been able to retrieve said mail to determine it to be discarded and therefore would fall under to ruling of California vs Green but in the** June 25, 1948, ch. 645, 62 Stat. 778; Pub. L. 103-322, title XXXIII, § 330016(1)(B), Sept. 13, 1994, 108 Stat. 2146. Protects the Plaintiff from the unreason search of the plaintiff/U.S. postal offices property by government entity or any other Individuals not assign to receive postal service there. A complaint and ticket was place on Mr. Oats The Plaintiff door with false information on it and with no further interaction with the defendant he left

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:
Loss of wages from work, Increase mental health paranoia which lead to increase mental health medication, for P.T.S.D. The violation of Mr. Oats ( The Plaintiff) rights of being secure in his papers, **(Property)**

13. Plaintiff asks that the case be tried by a jury.  ☐ Yes   **X** No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries Inflicted by defendant; in the sum of 15,000.00

B. **X** *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; ands

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiffs name *(print clearly or type):* __Curtis Lamond Oats Sr.__

Plaintiffs mailing address: __4816 East lake shore Drive__

City __wonder lake__ State __IL.__ ZIP __6 0 0 9 7__

Plaintiffs telephone number: (7 7 3) 558-1293

Plaintiffs email address *(if you prefer to be contacted by email):* __Oatsc@dupage.edu__

15. Plaintiff has previously filed a case in this district. **X** Yes ☐ No

*If yes, please list the cases below.*
**3:22-50113**

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# CHICAGO ANIMAL CARE & CONTROL
2741 South Western Ave., Chicago, IL 60608



## CLINIC APPLICATION

DATE: 8/28/21  AMOUNT: _____  COMPLETED BY: 166

Person ID: _____  Animal ID: _____  TICKET #: 101

Purpose of the Application:

- [✓] Rabies Vaccination - Fee $15.00
- [✓] DA2PPL/DA2PP/FVRCP - Fee $7.00
- [✓] Microchip - Fee $15.00
- [ ] Altered City Dog License - Fee $5.00/$2.50
- [ ] Un-Altered City Dog License - Fee $50.00/$5.00

MICROCHIP STICKER

**DECLARATION OF OWNERSHIP/LIABILITY CERTIFICATION** - I do hereby affirm that the following described animal is legally owned by me and is in my possession or am otherwise authorized to present the animal for the service. I agree to hold harmless the C[ACC], its employees and agents, from any responsibility or liability for any and all illnesses, injuries or death that may occur to my animal under the care of Animal Care & C[ontrol].

I HEREBY CERTIFY THAT THE ANIMAL (HAS/HAS NOT) BITTEN AND/OR SCRATCHED ANYONE IN THE PAST TEN (10) DAYS. IF YES, DO NOT VACCINATE

Owner Signature: _____  Date: _____

Name: FIRST: Christina  LAST: Randall
Phone: 312-919-8550  Alternate Phone: _____
Address: 1423 N Monitor  CHICAGO, ILLINOIS  Zip Code: 60651
ID#/DL: 163R3875-0400  Email Address: RBchristina@sbcglobal.net

Species: DOG ✓  CAT  Pet Name: JD  Sex: male/altered, female/altered, male/un-altered, female/un-altered  Age or Birthday: 8

Weight: under 20 lbs. ✓ / 20-50 lbs. / Over 50 lbs.
Primary Color: Red  Secondary Color: white
Predominant Breed (looks like): Pomeranian/chihuahua

## VACCINATION RECORD

Medical staff to indicate which vaccine was given:
DA2PPL _____  DA2PP _____  FVRCP _____

Date Vaccinated: 8/28 20 21  Vaccination Expires: 8/28 20 22
Producer: ELA  Modified _____  Killed ✓  1 Yr. Vaccine  Cell Line Origin
SN: D237454A  Rabies Vaccination Tag Number: 11-228891

I hereby certify that I have inoculated this animal with rabies in accordance with the manufacturer's recommendation for the vaccine used on this above date:

Signature of licensed Veterinarian Administering the Vaccine   Chicago Animal Care & Control, 2741 South Western Ave., Chicago, IL 60608
Hospital Stamp / Address

I hereby certify this animal to be surgically rendered incapable of producing a litter (valid only when signed by a veterinarian):

Chicago Animal Care & Control, 2741 South Western Ave., Chicago, IL 60608