# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Western Division

Curtis Lamond Oats, Sr.
                                                    Plaintiff,

v.
                                                    Case No.: 3:22−cv−50113

Honorable Iain D. Johnston

McHenry County Animal Control And Its Officers And Administration
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 18, 2022:

      MINUTE entry before the Honorable Iain D. Johnston: The Court previously dismissed Plaintiff Curtis Oats' Fourth Amendment claim for failure to state a claim. On amendment, he has clarified that his claim is based on a government agent (who is not a postal worker) accessing his private mailbox that is not located on the curb, or otherwise easily accessible by the public. At this stage, the allegations are sufficient to pass the Court's mandatory screening under 28 U.S.C. § 1915(e)(2)(B). The claim may proceed. Mailed notice(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.