# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Curtis Lamond Oats, Sr.
                           Plaintiff,

v.                                                 Case No.: 3:22−cv−50113
                                                         Honorable Iain D. Johnston

McHenry County, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 1, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: The parties' Proposed Case Management Order [36] is adopted as modified as follows: Rule 26(a)(1) disclosures due 02/28/23; 25 interrogatories and 25 requests for admission by each party to any other party; 5 fact depositions by Plaintiff and 5 fact depositions by Defendant, each deposition shall be limited to a maximum of 4 hours; file amended pleadings, add counts or parties, and file third−party complaints by 06/30/23; Rule 26(a)(2)(C) disclosures due by 07/31/23; Rule 26(e) supplements due by 07/31/23; fact discovery ends 08/30/23. Any retained expert discovery and dispositive motions are reserved at this time. The parties are directed to file a joint status report by 04/03/23, updating the Court on the status of discovery. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.