**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Curtis Lamond Oats, Sr., | ) | |
| | ) | No.22-cv-50113 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Johnston |
| | ) | |
| McHenry County, Illinois | ) | |
| McHenry County Animal | ) | Magistrate Judge Schneider |
| Control Officer Jason Enos, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS**

NOW COMES the Defendants McHenry County, Illinois and McHenry County

Animal Control Jason Enos ("Enos"), by and through Patrick Kenneally, McHenry County

State's Attorney, and his duly authorized Assistant State's Attorney, Andrew Hamilton, and for

its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) states as follows:

1.      Plaintiff filed this Third Amended Complaint on April 10, 2022, pursuant to 42 U.S.C. §

1983.

2.      The Plaintiff named as defendants McHenry County, Illinois, and McHenry County

Animal Control Officer Jason Enos.

3.      The allegations in the Third Amended Complaint stem from an incident on August 18,

2021 at plaintiff's property, location unknown.

4.      The Plaintiff allegedly spoke with Animal Control Officer Jason Enos regarding the

vaccination status of an animal.

5.      Plaintiff alleges that Enos, after speaking with Plaintiff and being asked to leave,

searched his mailbox and came across the name and address of a person named Monica Crosby.

1

6.      Plaintiff further alleges that Enos prepared a written notice of an ordinance violation

directed at Monica Crosby and taped this notice to his door.

7.      As a result of this ordinance violation directed towards Monica Crosby, Plaintiff alleges

that Defendants initiated an ordinance violation prosecution against him, which Plaintiff alleges

he won.

8.      As a result of attending Court regarding this ordinance violation, Plaintiff claims he has

become "outraged, upset and has suffered severe emotional distress".

9.      Plaintiff claims that the actions of Defendants constitute a Malicious Prosecution.

10.     Plaintiff's requested relief or desired outcome is unclear.

11.     Plaintiff's claims must be dismissed for a variety of reasons.

12.      First, Enos is entitled to qualified immunity because the Plaintiff has failed to allege

specific facts that establish that this Defendant violated Plaintiff's constitutional rights nor that

the right allegedly violated was established at the time of alleged violation.

14.     Lastly, Plaintiff claims have no relief which can be granted as Defendant Enos is entitled

to qualified immunity, and the action of attending Court for an ordinance violation cannot

possibly amount to an actionable claim under 42 U.S.C. § 1983.

        WHEREFORE, the Defendants respectfully request that this Honorable Court dismiss the

Plaintiff's Complaint in its entirety.

By:   /s/ Andrew Hamilton
Assistant State's Attorney


Patrick D. Kenneally
McHenry County State's Attorney
Andrew Hamilton (ARDC No. 6325652)
Assistant State's Attorney
McHenry County Government Center
2200 North Seminary Avenue
Woodstock, IL 60098

815-334-4159 (phone)
815-334-0872 (fax)
aghamilton@mchenrycountyil.gov

## CERTIFICATE OF SERVICE

The undersigned attorney, Andrew Hamilton, hereby certifies that a copy of **Defendants' Motion to Dismiss** was served on:

Kenneth N. Flaxman
Joel A. Flaxman
200 S. Michigan Ave, Ste. 201
Chicago, IL 60604
knf@kenlaw.com
jaf@kenlaw.com
ecf@flaxman.law

by electronic filing via the ECF system on April 24, 2023.

By: /s/Andrew Hamilton
Assistant State's Attorney