# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Curtis Lamond Oats, Sr.
                          Plaintiff,

v.                                           Case No.: 3:22−cv−50113
                                                       Honorable Iain D. Johnston

McHenry County, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 24, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: As to Defendants' motion to dismiss [42], Plaintiff has until 05/24/23 to respond. Defendants have until 06/07/23 to reply.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.